UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cr-20160-GAYLES/TORRES

UNITED STATES OF AMERICA

v.

**STRAVOULA PHILIPPOU MENDEZ**,

    Defendant,

v.

**KRISIA DEL PRADO, ALBERTO DIAZ, MARIA DEL JUNCO, and ROGER DEL PRADO**,

    Third-Party Petitioners.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation on the Government's Motion to Dismiss the Joint Petition filed by Krisia del Prado, Alberto Diaz, Maria del Junco, and Roger del Prado (the "Report") [ECF No. 432]. On July 14, 2021, Third-Party Petitioners, Krisia del Prado, Alberto Diaz, Maria del Junco, and Roger del Prado, filed their Verified Interested Notice of Claim and Verified Petition in Support of Interest in Property (the "Joint Petition"). [ECF No. 415]. The Government filed its Motion to Dismiss (the "Motion") on August 19, 2021. [ECF No. 421]. On August 26, 2021, the Court referred the Joint Petition and Motion to Judge Torres, pursuant to 28 U.S.C. § 636 (b)(1)(B), for a report and recommendation. [ECF No. 426]. On September 27, 2021, Judge Torres issued his Report recommending that the Motion be granted because the Joint Petition failed to comply with statutory pleading requirements. No objections were timely filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Torres's well-reasoned analysis and conclusion that the Motion be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation on the Government's Motion to Dismiss, [ECF No. 432], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. The Government's Motion to Dismiss Krisia del Prado, Alberto Diaz, Maria del Junco, and Roger del Prado's Notice of Claim and Verified Petition in Support of Interest in Property, [ECF No. 421], is **GRANTED**, and the Joint Petition, [ECF No. 415], is **DISMISSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of October, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE