UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cr-20160-GAYLES/TORRES

UNITED STATES OF AMERICA

v.

**STRAVOULA PHILIPPOU MENDEZ**,

    Defendant,

v.

**DIMOND KAPLAN & ROTHSTEIN, P.A.**,

    Third-Party Petitioner.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation on the Government's Motion to Dismiss Dimond Kaplan & Rothstein, P.A.'s Petition [ECF No. 411] to Adjudicate Its Interests in Preliminary Forfeited Property (the "Report") [ECF No. 433]. On June 23, 2021, Third-Party Petitioner Dimond Kaplan & Rothstein, P.A. filed its Notice of Claim and Verified Petition to Adjudicate the Validity of Its Interest in Property (the "Verified Petition"). [ECF No. 411]. On July 29, 2021, the Government filed its Motion to Dismiss (the "Motion"). [ECF No. 417]. On August 16, 2021, the Court referred the Verified Petition and the Motion to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation. [ECF No. 419]. On October 6, 2021, Judge Torres issued his Report recommending that the Verified Petition and Motion be stayed pending a resolution of the related state court action. [ECF No. 433]. *See also Optimus U.S. 801 NW 47th Ave, LLC v. Krisia Del*

*Prado*, Case No. 19-33861-CA-01 (Fla. 11th Cir. Ct.); *Optimus U.S. 801 NW 47th Ave, LLC v. Roger Del Prado*, Case No. 2020-14093-CA-01 (Fla. 11th Cir. Ct.). On October 20, 2021, the Government filed its Objections to the Report. [ECF No. 434]. On November 3, 2021, Third-Party Petitioner filed its Response to the Objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conduct a *de novo* review of the Report, Objections and Response, and the record, the Court finds that the Report should be affirmed and adopted in part. In its Response, Third-Party Petitioner states that the state court action—which was pending when Judge Torres made his recommendation—has since been adjudicated. [ECF No. 436 at 1–2]. Because the state court issued a final judgment, *see* [ECF No. 436-1], a stay is no longer warranted. As a result, Judge Torres may now consider the merits of the Verified Petition and the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation on the Government's Motion to Dismiss Dimond Kaplan & Rothstein, P.A.'s Petition [ECF No. 411] to Adjudicate Its Interests in Preliminary Forfeited Property, [ECF

No. 433], is **AFFIRMED AND ADOPTED in part** and incorporated into this Order by reference.

2. Judge Torres may now address the merits of the Verified Petition and Motion if no further stay is warranted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE